**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JONATHAN MICHALE SZOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-cv-1339-JPG |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert (Doc. 20), the Commissioner's final decision denying Plaintiff's

application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against

plaintiff Jonathan Michale Szoke.

DATED: February 20, 2019

**Margaret M. Robertie,
Clerk of Court**

**BY: ___s/Tina Gray_____
Deputy Clerk**

**Approved:
s/ *J. Phil Gilbert*
J. Phil Gilbert
U.S. District Judge**